Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
Tel (949) 720-9200
Fax (949) 608-0128

Attorneys for Creditor
SAXON MORTGAGE SERVICES, INC.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| CHRISTOPHER D COOK | ) CASE: 11-30705-TC7 |
| | ) |
| | ) REQUEST FOR SPECIAL |
| | ) NOTICE AND FOR |
| | ) INCLUSION IN MAILING |
| | ) GRID |
| | ) |
| | ) |
| Debtor. | ) |
| | ) (No hearing date set) |
| _____ | ) |

TO THE HONORABLE THOMAS CARLSON, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 7 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor SAXON MORTGAGE SERVICES, INC., requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

Matter I.D. 331-4669

1  All copies should be sent to the following address:

2                THE WOLF FIRM, A Law Corporation
                 2955 Main Street, Second Floor
3                Irvine, CA  92614

4  Dated:  March 18, 2011

5                                /s/ Daniel K. Fujimoto
                                 DANIEL K. FUJIMOTO
6                                Attorney for Creditor
                                 SAXON MORTGAGE SERVICES, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Matter I.D. 331-4669

PROOF OF SERVICE

RE: COOK

CASE NO.: 11-30705-TC7

    I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, CA 92614. On March 18, 2011 I served a REQUEST FOR SPECIAL NOTICE on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

                SEE ATTACHED LIST MARKED AS
                EXHIBIT "1" AND INCORPORATED
                HEREIN BY REFERENCE

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 18, 2011 at Irvine, California.

                              /s/ Yesenia Ruvalcaba
                              YESENIA RUVALCABA

```
                              EXHIBIT "1"
 1

 2    Debtor(s):
      CHRISTOPHER D COOK
 3    423 Broadway #622
      Millbrae, CA 94030
 4
      Chapter 7 Trustee:
 5    JANINA M. HOSKINS
      P.O. Box 158
 6    Middletown, CA  95461

 7    Debtor's Counsel
      RAYMOND R. MILLER
 8    P.O. Box 2177
      Castro Valley, CA 94546
 9
      U.S. TRUSTEE
10    235 Pine Street, Suite 700
      San Francisco, CA  94104
11
      REIDUN STROMSHEIM
12    201 California St. #350
      San Francisco, CA 94111
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
```