| 1 | Raymond R. Miller SBN 144398 |
| 2 | Law Office of Raymond R. Miller |
|   | P.O. Box 2177 |
| 3 | Castro Valley, Ca 94546 |
| 4 | |
|   | Telephone: 510-938-0075 |
| 5 | Facsimile: 510-790-4911 |
|   | Attorney for the Debtor |
| 6 | Christopher D. Cook |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In Re: | ) | Chapter 7 |
| | ) | Case No. #11-30705 TC-7 |
| **Christopher D. Cook** | ) | |
| **SSN *3026** | ) | Date: September 16, 2011 |
| **Debtor** | ) | Time: 9:30 AM |
| | ) | Place: Judge: Thomas Carlson, U.S. |
| | ) | Bankruptcy Court, 235 Pine Street, 23rd |
| | ) | Floor Courtroom, San Francisco, Ca. |
| | ) | |

DECLARATION AND REQUEST FOR ENTRY OF ORDER AVOIDING THE JUDICIAL LIENS OF AMERICAN EXPRESS BANK FSB.

On September 16, 2011, a duly noticed hearing was held on the Debtor, Christopher D. Cooks' Motion to Avoid Judicial Liens of American Express Bank FSB (Docket #44-0, filed June 17, 2011). The Motion was supported by a Declaration (Docket #44-1, and Exhibits (Docket#44-2 through Docket #44-7), also filed on June 17, 2011, and an Amended Notice of Date and Time of Hearing and Certificate of Service (Doc#78, filed August 18, 2011), and Exhibit 8 (Doc#67-11, filed August 4, 2011), and Exhibit 9 (Doc#67-12, filed August 4, 2011).

Among those parties duly noticed was American Express Bank, FSB who failed to

1. appear or to oppose the motion.  The Court issued a tentative ruling granting the motion to
2. avoid these judicial liens. No contact has been made by American Express Bank FSB during
3. the pendency of the motion and counsel for the debtor requests that an Order Avoiding the
4. Judicial Liens held by this creditor be entered.

Respectfully submitted,

Dated   September 16, 2011         /s/ Raymond R.  Miller
                                                         Raymond R, Miller, Esquire

DECLARATION AND REQUEST FOR ENTRY OF ORDER AVOIDING THE JUDICIAL LIENS
OF AMERICAN EXPRESS BANK FSB.