JANINA M. HOSKINS, CHAPTER 7 TRUSTEE
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508
Facsimile: (707) 569-9518
Email: Jmelder7@aol.com

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          )      Case No. 11-30705
                                                )
    CHRISTOPHER D. COOK,          )      Chapter 7
                                                )
        Debtor.                  )
_____)

**TRUSTEE 'S  WITHDRAWAL OF NO ASSET REPORT**

TO THE CLERK:

The Report of No Distribution was previously filed in the above-referenced Chapter 7 case. Trustee has subsequently discovered potential assets which may be available for distribution to creditors in the case.

WHEREFORE, Trustee requests that the Court withdraw the Report of No Distribution filed with the Court, and keep the case open pending further investigation by Trustee.

Dated: December 13, 2010              /S/     Janina M. Hoskins
                                      JANINA M. HOSKINS, TRUSTEE

TRUSTEE'S WITHDRAWAL OF NO ASSET REPORT