JANINA M. HOSKINS, CHAPTER 7 TRUSTEE
P.O. Box 158
Middletown, CA 95461
Telephone: (707) 569-9508
Facsimile: (707) 569-9518

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 11-30705 |
| CHRISTOPHER D. COOK, | ) | Chapter 7 |
| Debtor. | ) | |

## TRUSTEE 'S REQUEST FOR NOTICE OF POSSIBLE DIVIDEND

TO THE CLERK:

A claims bar date in this case has not been set and the Trustee has not previously requested a Notice of Possible Dividend. It appears that there may be sufficient assets available for the payment of a dividend to creditors. Accordingly, the Trustee respectfully requests pursuant to Fed. R. Bankr. P. 3002(a)(5) that a claims bar date be set and a Notice of Possible Dividend be sent to all creditors.

Dated: October 22, 2011         /S/   Janina M. Hoskins
                                JANINA M. HOSKINS, TRUSTEE

TRUSTEE'S REQUEST FOR NOTICE OF POSSIBLE DIVIDEND