REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JANINA M. HOSKINS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 11-30705 TCJH |
|---|---|
| CHRISTOPHER D. COOK | Chapter 7 |
| SSN xxx xx 3026 | Date: November 14, 2011<br>Time: 9:30 a.m. |
| Debtor | Place: 235 Pine Street, 23rd Floor<br>San Francisco, CA |

## MOTION FOR APPROVAL OF SALE

TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW, JANINA M. HOSKINS ("Trustee"), trustee of the above referenced bankruptcy estate, respectfully requests an order be entered approving the sale of certain assets in which the Debtor holds an interest, consisting of real property, partnership interests, corporate interests, promissory note, for the sum of $24,000. In support of the motion, the Trustee represents as follows:

  1. An Order for relief under Chapter 7 of Title 11 of the United States Code was entered herein pursuant to a voluntary petition filed by the Debtor on February 25, 2011, and Janina M. Hoskins is the duly appointed, qualified and acting trustee of the Debtor's estate.

  2. The Trustee has accepted an offer from Mike A. Rosen, for the sale of the estate's right, title and interest in the following assets, which are more particularly described on Exhibit "A" to the Declaration of Janina M. Hoskins, ("Hoskins Declaration"), as follows:

STROMSHEIM & ASSOCIATES   Case: 11-30705   Doc# 103   Filed: 10/24/11   Entered: 10/24/11 16:53:56   Page 1 of 4

1

| | | |
|---|---|---|
| 1 | 001 | All of the Debtor's right, title and interest in Moreland, LLC; |
| 2 | 002 | All of the Debtor's right, title and interest in San Mateo Superior Court action # |
| 3 | | CIV-487714; |
| 4 | 003 | All of the Debtor's right, title and interest in the real property commonly known as |
| 5 | | 3547 Gray Str., Oakland, CA, AP # 032-2112-012-02; |
| 6 | 004 | All of the Debtor's right, title and interest in the real property commonly known as |
| 7 | | 1022 89th Aven., Oakland, CA, AP # 042-4279-016; |
| 8 | 005 | All of the Debtor's right, title and interest in the real property commonly known as |
| 9 | | 2122 Mission Street, San Francisco, CA, AP # 3576-003; |
| 10 | 006 | All of the Debtor's right, title and interest in the real property commonly known as |
| 11 | | 404 Belleville, Half Moon Bay, CA, AP # 056-057-510; |
| 12 | 007 | All of the Debtor's right, title and interest in the real property commonly known or |
| 13 | | previously known as 404 Belleville, Half Moon Bay, CA, AP# 056-057-520; |
| 14 | 008 | All of the Debtor's right, title and interest in the real property commonly known as |
| 15 | | previously known as 404 Belleville, Half Moon Bay, CA, AP# 056-057-530; |
| 16 | 009 | All of the Debtor's right, title and interest in the real property commonly known as |
| 17 | | previously known as 404 Belleville, Half Moon Bay, CA, AP# 056-057-290; |
| 18 | 010 | All of the Debtor's right, title and interest in the real property commonly known as |
| 19 | | 160 Date Street, Montara, CA, AP # 036-151-440; |
| 20 | 011 | All of the Debtor's right, title and interest in Palatine Associates, LLC; |
| 21 | 012 | All of the Debtor's right, title and interest in High Camp, Inc.; |
| 22 | 013 | All of the Debtor's right, title and interest in Pacific Quarry Homes, LLC; |
| 23 | 014 | All of the Debtor's right, title and interest in More Estates, LLC; |
| 24 | 015 | All of the Debtor's right, title and interest in the real property commonly known as |
| 25 | | 170 Sonora Ave., El Granada, CA, AP # 047-062-170; |
| 26 | 016 | All of Debtor's right, title and interest in Texas Development, Inc.; |
| 27 | 017 | All of Debtor's right, title and interest in 1000 Mississippi Street Investors, LP; |
| 28 | 018 | All of Debtor's right, title and interest in One San Bruno, LLC; |

| | | |
|---|---|---|
| 1 | 019 | All of Debtor's right, title and interest in Pacific Beach, LLC; |
| 2 | 020 | All of Debtor's right, title and interest in Taxas Development, LLC; |
| 3 | 021 | All of Debtor's membership interest in One San Bruno LLC; |
| 4 | 022 | All of Debtor's right and interest in $653,000 note dated approx. April 2005, owed by Monica Chung to Debtor; |
| 6 | 023 | All of Debtor's right, title and interest in real property commonly known as: 615 and 617 Poplar St., Half Moon Bay, CA 94019, AP # 064-271-340; |
| 8 | 024 | All of Debtor's right, title and interest in real property commonly known as 611 and 613 Poplar St., Half Moon Bay, CA 94019, AP # 064-271-350; |
| 10 | 025 | All of Debtor's right, title and interest in Willow Creek Group, Inc. |
| 11 | 026 | All of Debtor's right, title and interest in the property identified by APN # 056-081-330 located in Half Moon Bay |
| 13 | 027 | All of Debtor's right, title and interest in Mission DC LLC. |

All of the assets are referred to herein as the "Assets". The Assets are being sold "As Is", "Where Is" and "Without Any Warranty". Trustee has made no independent verification of the estate's right title and interest in the Assets, some of which were disclosed in the Debtor's bankruptcy schedules, other were not disclosed, or were disclosed with a qualification that Debtor disclaimed any ownership in the particular asset. The Trustee is taking no legal action to transfer the Assets other than obtaining an order approving the sale, and signing such documents as may be necessary to effectuate the transfer.

3. The Trustee believes that the sale is in the best interest of the creditors of the estate. To the extent that the Assets were listed, most were listed as having a zero value. The sale is therefor representing a wind-fall to the estate. See Hoskins Declaration.

4. The sale is subject to overbids, commencing at $30,000, and thereafter in increments of $2,000, and a separate notice of sale and overbids is being filed and served herewith, ensuring that the highest and best price is being obtained.

//

//

WHEREFORE the Trustee requests that an order be entered approving the sale of the Assets to Mr. Rosen, or such higher and better offeror as is obtained through the overbid-procedure.

DATED: October 24, 2011

                          STROMSHEIM & ASSOCIATES


                          BY  /s/  Reidun Strømsheim
                          Attorneys for JANINA M. ELDER, TRUSTEE