

**Signed and Filed: November 21, 2011**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-30705 TEC |
| CHRISTOPHER D. COOK, | Chapter 7 |
| Debtor. | |

**MEMORANDUM RE SALE OF ASSETS OF ESTATE**

The court held a hearing on November 14, 2011 regarding the chapter 7 trustee's motion for authority to sell certain assets of the estate. Debtor and creditors Richard Lee and Bradley Kass filed opposition to the motion, primarily on the basis that they had relied upon the no-asset report filed by the trustee in April 2011.

The objection is overruled and the sale approved. There was no abandonment of the assets of the estate, because the filing of a no-asset report does not constitute an abandonment, no one filed a motion to compel abandonment on notice to all creditors, and the case was never closed. 11 U.S.C. § 554; In re Reed, 940 F.2d 1317, 1321 (9th Cir. 1991). I conclude that the trustee should not be

MEMORANDUM RE SALE OF
ASSETS OF ESTATE                -1-

estopped from withdrawing a no-asset report, because the Code provides a simple remedy for any affected party who seeks an order from the court determining that an asset be abandoned – a motion to compel abandonment.

The objection that the purchaser merely intends to cause mischief is overruled. The consideration to be paid is not <u>de minimus</u>, no overbids were received, and unlike <u>In re Smith</u>, 349 B.R. 28 (Bankr. D. Idaho 2005) this is not a solvent case in which Debtor proposed an alternative means of using the assets in question to pay creditors.

**\*\*END OF MEMORANDUM\*\***

**MEMORANDUM RE SALE OF ASSETS OF ESTATE** -2-

**Court Service List**

Christopher D. Cook
Natalie Cook
423 Broadway #622
Millbrae, CA 94030

Richard Lee
dba Home Pride
704 Corona Dr.
Pacifica, CA 94044

Rick D. Lee
dba Home Pride
704 Corona Dr.
Pacifica, CA 94044