1  James D. Curran - SBN 126586
   Amy K. Thomas - SBN 202876
2  WOLKIN · CURRAN, LLP
   555 Montgomery Street, Suite 1100
3  San Francisco, California 94111
   Telephone:    (415) 982-9390
4  Facsimile:    (415) 982-4328

5  Attorneys for Applicant
   Navigators Specialty Insurance Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: CHRISTOPHER D. COOK | Case No. 11-30705 HLB |
|---|---|
| Debtor | Chapter 7 |
| SSN xxx xx 3026 | NOTICE OF RENEWED APPLICATION FOR APPROVAL OF COMPROMISE OF DEBTOR'S CLAIM AGAINST NAVIGATORS |

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Navigators Specialty Insurance Company previously entered into a compromise with Trustee Janina M. Hoskins. Per the application accompanying and served concurrent with this Notice, Navigators renews Trustee's prior application for approval of the compromise. Any party in interest who wishes to object to the compromise and Navigators' application for approval of that compromise must comply with Rule 9014-1 of the Bankruptcy Local Rules for United States Bankruptcy Court, Northern District of California. Pursuant to B.L.R. 9014-1, an objecting party must file with the Bankruptcy Court and serve counsel for the Trustee, and counsel for Applicant Navigators, with a written objection, along with declarations, and/or memoranda of law supporting the objection, no later than twenty-one (21) days from the date of this notice. If an objection or request for hearing is timely filed and served, then Applicant's counsel will obtain a hearing date and give the parties not less than seven (7) days notice of the hearing. If no objection or request for hearing is timely filed and served, the Trustee may obtain an order approving the proposed compromise without a court hearing.

| | | |
|---|---|---|
| Dated: April 1, 2013 | | WOLKIN CURRAN, LLP |
| | By: | *A.K. Thomas* (signature) |
| | | Amy K. Thomas |

Attorneys for Applicant
Navigators Specialty Insurance Company

Case: 11-30705   Doc# 166   Filed: 04/02/13   Entered: 04/02/13 09:39:06   Page 2 of 4

# DECLARATION OF SERVICE

I, Drew Storms, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed by Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On April 2, 2013, I served the attached documents,

**(1) NOTICE OF RENEWED APPLICATION FOR APPROVAL OF COMPROMISE OF DEBTOR'S CLAIM AGAINST NAVIGATORS; and**

**(2) RENEWED APPLICATION FOR APPROVAL OF COMPROMISE OF DEBTOR'S CLAIM AGAINST NAVIGATORS**

on the interested parties in said action, by placing a true copy thereof in (a) sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows,

**SEE ATTACHED SERVICE LIST**

and served the named document in the manner(s) indicated below:

__X__ **BY MAIL:** I caused the true and correct copy(ies) of the above named document(s), notice, and/or other paper(s) to be to be placed and sealed in an envelope(s) or package(s), with postage fully prepaid, addressed to the person on whom it was to be served, at the office address, as last given by that person on any document filed in the cause and served on the party making service by mail, or otherwise addressed at that party's place of residence, and I caused such envelopes or package(s) to be deposited in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the Unites States Postal Service or being readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service whereby correspondence placed for collection on a particular day is deposited with the United States Postal Service on that same day, I caused the above named document(s) notice, and/or paper(s) to be been placed for collection and mailing on the date of this service, following ordinary business practices. I caused the true and correct copy(ies) of the above named document(s), notice, and/or other paper(s) to be served by mail, to bear a notation of the date and place of mailing or to be accompanied by a signed copy of the affidavit or certificate of mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed April 2, 2013, at San Francisco, California.

Drew Storms

1.

# SERVICE LIST

*In re: Christopher D. Cook*
United States Bankruptcy Court, Case No. CGC-05-440190

| | |
|---|---|
| Bradley Kass, Esq.<br>KASS & KASS LAW OFFICES<br>520 S. El Camino Real, Suite 810<br>San Mateo, CA 94402 | Counsel for C. Cook |
| Raymond R. Miller, Esq.<br>RAYMOND R. MILLER, Attorney at Law<br>PO Box 2177<br>Castro Valley, CA 94545 | Counsel for C. Cook<br>Bankruptcy Proceedings |
| Janina M. Hoskins<br>PO Box 158<br>Middletown, CA 94561 | Trustee |
| Reidun Stromsheim, Esq.<br>STROMSHEIM & ASSOCIATES<br>201 California Street, Suite 350<br>San Francisco, CA 94111 | Counsel for Trustee |

1.