```
BRADLEY KASS, ESQ.    (CBN# 127658)
KASS & KASS LAW OFFICES
520 S. El Camino Real, Suite 810
San Mateo, CA 94402
Phone Number: (650) 579-0612
Fax: (650) 579-0760


Creditor and Attorney Specially Appearing for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER COOK,<br><br>      Debtor | Case Number: 11-30705 HLB<br>Chapter 7<br><br>**OBJECTION TO NOTICE OF<br>COMPROMISE BY NAVIGATORS**<br><br>NOTICE OF OBJECTION BY<br>CREDITOR AND DEBTOR TO<br>PROPOSED NOTICE OF COMPROMISE<br>BY NAVIGATORS INSURANCE<br>COMPANY<br><br>DATE: TBA<br>TIME: TBA<br>Dept: TBA |

//

NOTICE OF OBJECTION TO PROPOSED
NOTICE OF COMPROMISE

# I.
# INTRODUCTION

The undersigned as a scheduled creditor and as Attorney Specially Appearing for Debtor hereby formally objects to the Notice of Compromise by the Navigators Specialty Insurance Company served on or about April 2, 2013 proposing and purporting to compromise claims with the trustee Janina M. Hoskins.

It is respectfully asserted that Navigators **lacks standing** to file a notice of renewed application as they are not the trustee nor do they represent any parties to this bankruptcy case.

This matter was previously heard November 16, 2012 by the Honorable Thomas E. Carlson who denied the trustees application for lack of showing (Exhibit 3 to Navigators notice). The order of the Honorable Thomas E. Carlson filed November 28, 2012 **only** gave permission to the trustee to file an amended application. The court order of November 28, 2012 **did not** give permission for Navigators to file an amended application.

Without presenting any legal authority, Navigators has now served a Notice of Renewed Application.

It is respectfully asserted herein that the proposed sale is a sham and Navigators application is self serving solely for the benefit of Navigators pursuit of getting out of their liabilities for the nominal amount that is presented.

Notice is also given herein that it is respectfully asserted that even if Navigators had standing to serve a notice, that a full evidentiary hearing be scheduled in this matter.
//

NOTICE OF OBJECTION TO PROPOSED
NOTICE OF COMPROMISE

2

It is also believed that there is potentially another pending offer to the trustee which exceeds the amount Navigators purposes for their compromise.

### II.
### THE PURPORTED SALE IS A SHAM AS PRESENTED BY NAVIGATORS AS IT IS SELF SERVING FOR THEM TO ASSERT THAT THE THEIR PURPOSED COMPROMISE IS IN THE BEST INTEREST OF THE CREDITORS WHEN THEIR MOTIVATION IS TO GET OUT OF THEIR LIABILITY IN THIS MATTER FOR THE SMALLEST NOMINAL AMOUNT: AND THERE IS NO INDICATION THAT THE TRUSTEE HAS CONDUCTED ANY MEANINGFUL INVESTIGATION OF THE VALUE OF THE CLAIM.

As previously asserted, Navigators has no standing under these procedures to request a compromise. Accordingly, a discussion is not presented herein on the merits of the purposed compromise, since the trustee **is not** involved in this purposed noticed by Navigators.

### III.
### CONCLUSION

It is respectfully asserted that this Court either deny the request for compromise or in the alternative set this matter for a long cause hearing.

DATED: April 22, 2013              KASS & KASS LAW OFFICES

                                   /S/

                                   _____
                                   BRADLEY KASS, ESQ.
                                   Creditor and Attorney
                                   Specially Appearing for Debtor

**PROOF OF SERVICE**

I declare that:

I am employed in the City of San Mateo, County of San Mateo, State of California. My business address is 520 S. El Camino Real, Suite 810, San Mateo, CA 94402. I am over the age of eighteen (18) years and am not a party to the within cause. On April 23, 2013, I served the within:

OBJECTION COMPROMISE BY TRUSTEE
NOTICE OF OBJECTION BY CREDITOR AND DEBTOR TO PROPOSED NOTICE OF COMPROMISE BY NAVIGATORS INSURANCE COMPANY

by first class mail and by placing a true copy thereof enclosed in a sealed envelope, postage thereon fully prepaid in the United States mail at San Mateo, California, addressed and indicated as follows:

James D. Curran
Amy K. Thomas
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was executed on April 23, 2013, at San Mateo, California.

/s/
_____
Crystal Castellanos