James D. Curran - SBN 126586
Amy K. Thomas - SBN 202876
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Applicant
Navigators Specialty Insurance Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: CHRISTOPHER D. COOK

Debtor

SSN xxx xx 3026

Case No. 11-30705 HLB

Chapter 7

Date: May 16, 2013
Time: 10:00am
Place: 235 Pine Street,
       San Francisco, CA

## NOTICE OF HEARING ON RENEWED APPLICATION FOR APPROVAL OF COMPROMISE

TO CHRISTOPHER D. COOK, DEBTOR; BRADLEY KASS, ESQ., CREDITOR; THEIR ATTORNEY OF RECORD; AND JANINA M. HOSKINS, TRUSTEE:

NOTICE IS HEREBY GIVEN that at the above stated date, time and place, a hearing will be held before Judge Hannah L. Blumenstiel to consider the application by Navigators Specialty Insurance Company to approve the compromise of Debtor's claim against Navigators, and Creditor and Attorney Specially Appearing for Debtor, Bradley Kass, Esq.'s objection thereto.

Dated: April 26, 203

WOLKIN CURRAN, LLP

By: /s/ A. K. Thomas
    Amy K. Thomas

Attorneys for Applicant
Navigators Specialty Insurance Company

---

NOTICE OF HEARING ON RENEWED APPLICATION
FOR APPROVAL OF COMPROMISE

1

CASE NO. 11-30705 HLB

# DECLARATION OF SERVICE

I, Drew Storms, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed by Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On April 26, 2013, I served the attached document,

**NOTICE OF HEARING ON RENEWED APPLICATION FOR APPROVAL OF COMPROMISE**

on the interested parties in said action, by placing a true copy thereof in (a) sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows,

**SEE ATTACHED SERVICE LIST**

and served the named document in the manner(s) indicated below:

__X__  **BY MAIL:** I caused the true and correct copy(ies) of the above named document(s), notice, and/or other paper(s) to be to be placed and sealed in an envelope(s) or package(s), with postage fully prepaid, addressed to the person on whom it was to be served, at the office address, as last given by that person on any document filed in the cause and served on the party making service by mail, or otherwise addressed at that party's place of residence, and I caused such envelopes or package(s) to be deposited in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the Unites States Postal Service or being readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service whereby correspondence placed for collection on a particular day is deposited with the United States Postal Service on that same day, I caused the above named document(s) notice, and/or paper(s) to be been placed for collection and mailing on the date of this service, following ordinary business practices. I caused the true and correct copy(ies) of the above named document(s), notice, and/or other paper(s) to be served by mail, to bear a notation of the date and place of mailing or to be accompanied by a signed copy of the affidavit or certificate of mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed April 26, 2013, at San Francisco, California.

_/s/ Drew Storms_
Drew Storms

## SERVICE LIST

*In re: Christopher D. Cook*
United States Bankruptcy Court, Case No. CGC-05-440190

| | |
|---|---|
| Bradley Kass, Esq.<br>KASS & KASS LAW OFFICES<br>520 S. El Camino Real, Suite 810<br>San Mateo, CA 94402 | Counsel for C. Cook |
| Raymond R. Miller, Esq.<br>RAYMOND R. MILLER, Attorney at Law<br>PO Box 2177<br>Castro Valley, CA 94545 | Counsel for C. Cook<br>Bankruptcy Proceedings |
| Janina M. Hoskins<br>PO Box 158<br>Middletown, CA 94561 | Trustee |
| Reidun Stromsheim, Esq.<br>STROMSHEIM & ASSOCIATES<br>201 California Street, Suite 350<br>San Francisco, CA 94111 | Counsel for Trustee |

1.